IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE: )
)
CECELIA AUGUSTINE LEWIS, ) Bk. No. **15-06973-CW3-13**
) Chapter 13
Debtor(s). ) Judge Charles M. Walker

**THE DEADLINE FOR FILING A TIMELY RESPONSE IS:** November 13, 2018
**IF A RESPONSE IS TIMELY FILED, THE HEARING WILL BE:** November 28, 2018 at 8:30 a.m. in Courtroom 1, 2nd Floor Customs House, 701 Broadway, Nashville, Tennessee 37203

TRUSTEE'S REQUEST FOR HEARING ON DEBTOR'S MOTION
TO MODIFY PLAN

    Henry E. Hildebrand, III, Standing Trustee for Chapter 13 matters in the Middle District of Tennessee, respectfully requests this Court set for hearing the application filed by the debtor seeking to modify the plan.

    The debtor's motion to modify has apparently not been served upon an administrative creditor, Insolve Auto Funding. Without notice to this creditor, notice is defective and the motion should not be granted.

    Respectfully submitted,

/s/ Henry E. Hildebrand, III
_____
Henry E. Hildebrand, III
Chapter 13 Trustee
P. O. Box 340019
Nashville, TN 37203-0019
615-244-1101; Fax 615-242-3241
www.ch13nsh.com
pleadings@ch13nsh.com

CERTIFICATE OF SERVICE

    I, the undersigned, hereby certifies that on or before the 5th day of November, 2018, a true and correct copy of the foregoing has been served in the following manner:

*Email by Electronic Case Noticing to:*

U. S. Trustee
Lemeh & Love, Counsel for Debtor

*By U. S. Postal Service, postage prepaid to:*

Cecelia A. Lewis, 269 Fergus Road, LaVergne, TN 37086
Insolve Auto Funding, c/o Capital Recovery Group, P. O. Box 64090, Tucson, AZ 85728-4090

/s/ Henry E. Hildebrand, III
_____
Henry E. Hildebrand, III
Chapter 13 Trustee