UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE

IN RE:
CECELIA AUGUSTINE LEWIS                                    CASE 15-06973
269 FERGUS RD                                              CHAPTER 13
La Vergne, TN 37086
SSN / ITIN: xxx-xx-5259                                    JUDGE WALKER
        Debtor.

### AGREED ORDER MODIFYING CHAPTER 13 PLAN

Upon consideration of the Motion to Modify filed herein on October 23, 2018 and by agreement between the Debtor and the Chapter 13 Trustee, as shown by the signatures below; it is hereby

ORDERED, ADJUDGED AND DECREED as follows:

Disbursements to secured creditor, Insolve Auto Funding, shall cease. It is further;

ORDERED that Debtor's unsecured dividend is modified to 0%, increased by tax refunds. It is further;

ORDERED that Debtor's base amount shall be decreased from $56,246.49 to $40,996.00 increased by tax refunds. It is further;

ORDERED that Debtor's monthly Chapter 13 plan payment is decreased to $270 per month and shall be paid Directly. It is further;

ORDERED, that Debtor's plan shall complete 48 months after the date of confirmation. It is further;

ORDERED, that all other terms of the confirmed plan shall remain the same.

IT IS SO ORDERED.

**THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED AT THE TOP OF THE FIRST PAGE.**

Approved for Entry:

Signature: **/s/ ADRIENNE TRAMMELL-LOVE**

Adrienne Trammell-Love #024759
Attorney for Debtor
7009 Lenox Village Drive, Suite 103
Nashville, TN 37211
(615) 243-7979
Fax: 615-246-4186
e-mail: adrienne@tramlovelaw.com

/s/ **/s/ Henry E. Hildebrand, III**

Digitally signed by /s/ Henry E. Hildebrand, III
DN: cn=/s/ Henry E. Hildebrand, III, c=US, o=chapter 13 trustee, ou=finance(51), email=pleadings@ch13nsh.com
Date: 2018.11.28 14:22:01 -06'00'

HENRY HILDEBRAND III
P.O. Box 340019
Nashville, Tennessee 37203
(615) 244-1101
Fax :( 615)242-3241
E-mail: pleadings@ch13nsh.com
Chapter 13 Trustee